CHARLES S. LANE III, ET AL. *v.* GILMORE F.
FLAUTT ET AL.

[No. 54, October Term, 1939.]

*Decided November 29th, 1939.*

The cause was argued before BOND, C. J., OFFUTT,
SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*John S. Newman* and *Parsons Newman,* for the appel-
lants.

*Leo Weinberg* and *Benjamin B. Rosenstock,* for the
appellees.

SLOAN, J., delivered the opinion of the Court.